## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**ALFRED TIMINSKI,**
                                       **Plaintiff,**

                                                             **Civil Action**

        **v.**

                                                             **No. 03-12625-NG**

**COMMUNIST PARTY, et al.,**
                                       **Defendants.**

## ORDER ON APPLICATION TO PROCEED
## WITHOUT PREPAYMENT OF FEES

**Having considered the plaintiff's Application to Proceed Without Prepayment of Fees under 28 U.S.C. § 1915;**

☒       **In accordance with Fed. R. Civ. P. 5(e), the clerk filed this complaint on _____ and assigned it Civil Action No.  03-12625-NG.**

**It is ORDERED that:**

☒       **The application to proceed without prepayment of fees is GRANTED.**

☐       **It is FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff with all costs of service to be advanced by the United States.**

☒       **It is FURTHER ORDERED that this action be dismissed pursuant to 28 U.S.C. § 1915(e)(2)  without further notice after thirty-five (35) days from the date of this Order, unless before that time plaintiff files, for the reasons stated in the accompanying Procedural Order, a civil complaint.**

**G**       **It is FURTHER ORDERED that the application is DENIED for the reasons stated in the accompanying memorandum.**

 **1/12/04**                          **/s Nancy Gertner**

**Order on Application to Proceed**
**Without Prepayment of Fees**                                                  **Page 2**

---

**DATE**                          **UNITED STATES DISTRICT JUDGE**

**(ifpnonpr.ord - 9/20/96)**                                                    **[oifp.]**