UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2004 JAN 26 P 1:36
U.S. DISTRICT COURT
DISTRICT OF MASS.

ALFRED TIMINSKI
PLAINTIFF PRO SE

VERSUS

CASE NUMBER 03 1265 NG

COMMUNIST PARTY ET AL
DEFENDANTS

COMPLAINT

PRESIDENT JOHN KENNEDYS ESTATE NEEDS TO BE SETTLED PLAINTIFF IS HIS SON BORN BEFORE HE WAS MARRIED ON MARCH 14 1945 IN ORANGE NEW JERSEY AT SAINT MARYS HOSPITAL THE UNITED STATES SECRET SERVICE KNOWS THIS

PLAINTIFF RECEIVED A PROCEDURAL ORDER FROM JUDGE NANCY GERTNER ON JANUARY 23 2004 THIS ORDER WAS UNSIGNED UNLIKE NUMEROUS ORDERS TO PLAINTIFF IN THE PAST PLAINTIFF PRAYS THAT JUDGE GERTNER DISMISS HERSELF FROM THIS CASE BECAUSE SHE HAS BEEN ILLEGALLY INFLUENCED BY THE NEWS MEDIA IN VIOLATION OF PLAINTIFFS FIRST AMENDMENT RIGHTS

PAGE 1 OF 2

PLAINTIFF FURTHER STATES THAT HE WAS UNABLE TO GET THE 8 PROPER PAPERS to FILE HIS LAWSUIT FROM THE COURT CLERKS ASSISTANT AFTER ASKING FOR ALL THE PAPERS NUMEROUS TIMES

## DEMAND

PLAINTIFF PRAYS THAT THE COURT SETTLE THE ESTATE OF PRESIDENT JOHN KENNEDY AND RECOVER PLAINTIFFS ASSETS OF OVER 2.2 TRILLION DOLLARS   110 BILLION IS WITH FLEET BANK ALONG WITH DAMAGES

PLAINTIFF ~~NEEDS~~ PRAYS THAT ~~THAT~~ THE DISBAND THE COMMUNIST PARTY AND THERE AFFILIATES AMERICA THEY WERE DIRECTLY RESPONSIBLE FOR THE DEATHS OF PRESIDENT JOHN KENNEDY AND HIS MOTHER GRACE KELLY

RESPECTFULLY SUBMITTED

*[signature]*

ALFRED TRUENSKI
PLAINTIFF PRO SE
17 COURT STREET
BOSTON MASSACHUSETTS 02108
(617) 371-1800
DATED JANUARY 24 2004

PAGE 2 OF 2

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

ATTACHMENT 4

ALFRED TIMINSKI
PLAINTIFF PRO SE
V.

COMMUNIST PARTY ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 1265 NG

TO: (Name and address of Defendant)

CANNOT LOCATE ADDRESS OF DEFENDANT

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK