FEBRUARY 20 2004

JOHN TIMINS
17 COURT STREET
BOSTON MASSACHUSETTS 02108

03-12625
NG

UNITED STATES DISTRICT COURT
COURTHOUSE SQUARE AND FAN PIER
BOSTON MASSACHUSETTS

ATTENTION COURT CLERK

REFERENCE

JOHN TIMINS
    VERSUS
COMMUNIST PARTY OF AMERICA

ENCLOSED IS A COPY OF A COURT ORDER FROM SUFFOLK COUNTY PROBATE COURT CHANGING OUR NAME TO JOHN TIMINS FROM ALFRED TIMINSKI DATED FEBRUARY 17 2004

RESPECTFULLY SUBMITTED

John Timins

[A.C. 150]

# Commonwealth of Massachusetts.

Suffolk, SS.                                                                Probate Court.

**I, Richard Iannella,** *Register of Probate for said County of Suffolk, hereby certify, that at a Probate Court held at Boston, in and for said County, on the* ___12th___ *day of* ___February___ *in the year of our Lord* ___Two Thousand Four___ *on application, and after due public notice thereof, and for sufficient reason consistent with the public interest, and satisfactory to said Court, the name of*

___Alfred Timinski___

*of* ___Boston___ *in said County, was changed as follows:*

| | |
|---|---|
| Alfred Timinski | to    John Timins |
|  | to |
|  | to |
|  | to |
|  | to |
|  | to |

*which name* he *should thereafter bear as* his *legal name*

*In Witness Whereof, I have here-unto set my hand and affixed the seal of said Court, this* ___Seventeenth___ *day of* ___February___ *in the year of our Lord two thousand.* ___four___

___Richard Iannella___ Register.