A-1

FILED
IN CLERKS OFFICE

2004 MAR 25 P 3:26

U.S. DISTRICT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JOHN TIMINS            CASE NUMBER 03cv12625
PLAINTIFF PRO                                NG

VERSUS

COMMUNIST PARTY OF AMERICA
DAVID CULLITON
NEIL OSBORNE

### COMPLAINT

PLAINTIFF VISITED THE COURT CLERKS OFFICE ON MARCH 22 2004 AND FOUND THAT THIS CASE WAS STILL NOT FILED UNDER PLAINTIFFS NAME HIS STEP PARENTS GAVE HIM ALFRED TIMINSKI PLAINTIFF LEFT A COPY OF THE PROBATE COURTS ORDER CHANGING PLAINTIFFS NAME TO JOHN TIMINS ON FEBRUARY 17 2004 WITH THE COURT CLERKS ASSISTANT

PLAINTIFF IS NAMING 2 BOSTON ATTORNEYS AS DEFENDANTS THAT WERE JUST MENTIONED IN THE ORIGINAL COMPLAINT

PLAINTIFF IS NOTIFYING MAGISTRATE JUDGE BAILER THAT THE ORIGINAL COMPLAINT IS MISSING FROM THE FILE A PERSONAL CHECK WAS MADE BY THE PLAINTIFF ON MARCH 12 2004 AND NO RECORD OF THIS CASE WAS FOUND ON THE DELL COMPUTER SYSTEM (CONTINUED)

(PAGE 1)

UNDER OUR NAME JOHN TIMINS OR OUR PREVIOUS NAME ALFRED TIMINSKI THE DISMISSAL OF THE FIRST COMPLAINT WAS A MISSCARRIAGE OF JUSTICE

IT IS SICKENING TO KNOW THAT PEOPLE ARE NOT CONCERNED WITH GETTING PRESIDENT JOHN KENNEDYS ESTATE SETTLED ONCE AND FOR ALL CRIMINALS HAD A WINDFALL BECAUSE OF HIS PLANNED DEATH BY THE COMMUNIST PARTY THE CRIMINAL LEE OSWALD DID NOT ACT ALONE RICHARD WAUGH OF CALDWELL NEW JERSEY POSITIONED OSWALD AND 2 OTHER GUNMEN BY THE NAME OF POOLE AND COWBOY EVERYONE IN BY BETTER LAW ENFORCEMENT KNOWS THAT OSWALD COULD NOT HAVE FIRED 3 SHOTS IN 6 SECONDS FROM A BOLT ACTION RIFLE WAUGH OSWALD AND POOLE WANTED PRESIDENT JOHN KENNEDY DEAD ON NOVEMBER 22 1963 COWBOY HAD A CHANGE OF HEART AND SHOT THE PUNK THAT ARRANGED THE FINANCING OF THE HEINOUS CRIME

RESPECTFULLY SUBMITTED

*John Timins*
JOHN TIMINS
PLAINTIFF PRO SE
17 COURT STREET
BOSTON MASSACHUSETTS

(PAGE 2)   MARCH 22 2004

<sup>FILED IN CLERKS OFFICE</sup>
<sup>2004 MAR 25 P</sup>

# CERTIFICATE OF SERVICE

PLAINTIFF SWEARS UNDER THE PENALTY OF PERJURY THAT A COPY OF OF THIS COMPLAINT WAS MAILED POSTAGE PREPAID TO THE FOLLOWING PARTIES NAMED AS DEFENDANTS ON MARCH 23 2004.

DAVID CULLETON
64 HENSHAW STREET
BOSTON MASSACHUSETTS
562 8300

NEIL OSBORNE
204 TREMONT
BOSTON MASSACHUSETTS
482 1160

by JOHN TIMMINS
PLAINTIFF PRO SE
17 COURT STREET
BOSTON MASSACHUSETTS