UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN TIMINS

VERSUS                    03·12625 NG

COMMUNIST PARTY OF AMERICA
FLEET NATIONAL BANK
DAVID CULLITON
NEIL OSBORNE

COMPLAINT

PLAINTIFF IS ADDING FLEET NATIONAL BANK AS A DEFENDANT AND NEEDS TO ADD A CASE PLAINTIFF HAD AGAINST FLEET NATIONAL BANK IN SUFFOLK COUNTY COURT THAT WAS ILLEGALLY DISMISSED BY THE COURT WITHOUT A JUDGES SIGNATURE TAKE NOTE THAT THE CASE NUMBER 04 0065G WAS CHANGED TO SUCV2004 00065 WITHOUT NOTIFYING THE PLAINTIFF ALL THOSE HOLDING UP THIS CASE NEED TO BE COMMITTED TO A MENTAL INSTITUTION FOR OPENERS

RESPECTFULLY SUBMITTED

MARCH 24 2004          John Timins

(PAGE 1)

## CERTIFICATE OF SERVICE

PLAINTIFF SWEARS UNDER THE PENALTY OF PERJURY THAT A COPY OF THIS COMPLAINT WAS MAILED POSTAGE PREPAID TO THE SENIOR PARTNER OF SALLY AND FITCH ATTORNEYS FOR THE DEFENDANT FLEET NATIONAL BANK AT ON MARCH 24 2004 AT

SALLY AND FITCH
225 FRANKLIN STREET
30TH FLOOR
BOSTON MASSACHUSETTS

*John Timins*
JOHN TIMINS
PLAINTIFF PRO SE
17 COURT STREET
BOSTON MASSACHUSETTS
MARCH 24 2004