UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALFRED TIMINSKI,<br>    Plaintiff,<br>    v.<br><br>COMMUNIST PARTY OF AMERICA,<br>    Defendant. | C.A. No. 03-12625-NG |

GERTNER, D.J.:

### ORDER OF DISMISSAL

As stated in this Court's electronic order of May 26, 2004, and pursuant to 28 U.S.C. § 1915(e)(2), the above entitled action is **DISMISSED**.

**SO ORDERED.**

**Dated: May 27, 2004**              s/NANCY GERTNER, U.S.D.J.